**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WARREN JACKSON**                                                                                      **PLAINTIFF**

**v.**                                       **Case No. 4:22-cv-00371-KGB**

**MOM; ARKANSAS, STATE OF;
FEDERAL BUREAEU OF INVESTIGATION**                                         **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that

plaintiff Warren Jackson's complaint is dismissed without prejudice.  The Court denies the relief

requested.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal

taken from the Order and Judgment dismissing this action is considered frivolous and not in good

faith.

So adjudged this 6th day of February, 2023.

Kristine G. Baker
United States District Judge